**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ashley Regina GOOCH, Defendant-Appellant.**

No. 17-6841

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Ashley Regina Gooch, Appellant Pro Se. Ripley Eagles Rand, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashley Regina Gooch appeals the district court's orders denying her motions for reduction of sentence, 18 U.S.C. § 3582(c) (2012), and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gooch*, No. 1:16-cr-00025-WO-1 (M.D.N.C. May 17, 2017; June 22, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*